478 A.2d 55

Commonwealth v. Dula, Appellant.

Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Argued January 11, 1984. Frank A. Mayer, III, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Affirmed.